IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIQUIDIA CORPORATION, LIQUIDIA )<br>TECHNOLOGIES, INC., LIQUIDIA PAH, LLC,)<br>AND ROBERT ROSCIGNO, )<br>)<br>Defendants. ) | 1:22CV007 |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on March 31, 2022, was served on the parties in this action. (ECF Nos. 28, 29.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Emergency Motion for Remand, (ECF No. 10), is GRANTED, and that this case is REMANDED to the North Carolina General Court of Justice, Superior Court Division, Durham County.

This, the 19th day of April 2022.

/s/ Loretta C. Biggs
United States District Judge