# United States District Court

Middle District of North Carolina
324 West Market Street
Greensboro, North Carolina 27401

John S. Brubaker, Clerk          April 19, 2022          TELEPHONE:
CIVIL (336) 332-6000

Clerk of Court
Durham County Superior Court
512 S. Dillard Street
Durham, NC 27701

Dear Clerk,

    **RE:** MDNC Case 1:22CV7; UNITED THERAPEUTICS CORPORATION v. LIQUIDIA TECHNOLOGIES, INC. et al.  Durham County Superior Court, Case 21CVS4094.

    A Judgment has been entered in this Court remanding this case to your court.  Enclosed are the following:

        1. Certified copy of Judgment

        2. Certified copy of docket sheet.

    Counsel are responsible for forwarding copies of any documents filed with this court which they wish to be included in the state court action.

    Please place your case number on the enclosed copy of this letter and acknowledge receipt in the area provided below.

                Sincerely,

                JOHN S. BRUBAKER, CLERK

                By: /s/ Abby Taylor
                      Deputy Clerk

at
Enclosures

_____          _____
            Name                                                                                             Date

_____
     Case Number